```
TERRY AMDUR, SBN 44780
Attorney at Law
1939 Rose Villa Street
Pasadena, California  91107

Telephone (626) 449-9254
Facsimile (626) 568-1277

Attorney for Defendant
LAMONTE DESHAWN SIMS
```

SEND

JUN 26



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 02-241-TJH |
| Plaintiff, ) | **STIPULATION TO CONTINUE SENTENCING; ORDER** |
| v. ) | |
| LAMONTE DESHAWN SIMS and ) MARIO McDONALD, ) | |
| Defendants. ) | |

IT IS HEREBY STIPULATED between Terry Amdur, attorney for defendant Lamonte Deshawn Sims, Paul Potter, attorney for defendant Mario McDonald and Erik M. Silber, attorney for the plaintiff United States of America, that the sentencings in the above-captioned matter, currently scheduled for Monday, July 14, 2003 at 10:00 am are continued to and until Monday, August 25, 2003 at 10:00 a.m.

//



JUN 27 2003