# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CRIMINAL MINUTES - GENERAL

ORIGINAL

| Case No. | CR 02-241(A)-TJH | | Date SEND APRIL 29, 2005 |
|---|---|---|---|

Present: The Honorable    TERRY J. HATTER, JR., U.S. DISTRICT JUDGE PRESIDING

Interpreter: N/A

| YOLANDA S. RODRIGUEZ | NONE PRESENT | KEVIN LALLY |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. LAMONT DESHAWN SIMS | NOT | ✗ | | 1. TERRY AMDUR | NOT | ✗ | |
| 2. MARIO MCDONALD | NOT | ✗ | | 2. PAUL POTTER | NOT | ✗ | |

Proceedings:   IN CHAMBERS - NOTICE TO PARTIES

Counsel are hereby notified that the above matter is set on the Court's calendar for Status Conference re Mandate of 9th CC Appeals affirmed, vacated and remanded sentence, for: *June 20, 2005 at 10:00 a.m.*

**IT IS SO ORDERED.**

cc: USPO
    PSA
    USM

CR0-11                     CRIMINAL MINUTES - GENERAL           Initials of Deputy Clerk YSR

ENTER ON ICMS

MAY 2 - 2005

(199)