UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>LAMONTE DESHAWN SIMS,<br><br>Defendant - Appellant. | No. 03-50530<br>D.C. No. CR-02-00241-TJH-03<br><br>**JUDGMENT**  |
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>MARIO MCDONALD,<br><br>Defendant - Appellant. | No. 03-50531<br>D.C. No. CR-02-00241-TJH-4<br><br>**JUDGMENT** |

Appeal from the United States District Court for the Central District of California, Los Angeles.

This cause came on to be heard on the Transcript of the Record from the United States District Court for the Central District of California, Los Angeles and was duly submitted.



On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED; VACATED and REMANDED.**

Filed and entered Tuesday, February 22, 2005



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
APR 2 2 2005
by:
Deputy Clerk