DEBRA WONG YANG
United States Attorney
THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division
ERIK M. SILBER (SBN 190534)
Assistant United States Attorney
Criminal Appeals Section
    1000 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2231
    Erik.Silber@usdoj.gov

Attorneys for Plaintiff
United States of America

ORIGINAL

Priority — Send ☒
Enter —
Closed —
JS-5/JS-6 —
JS-2/JS-3 —
Scan Only —

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 02-241(A)-TJH |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| LAMONTE DESHAWN SIMS and MARIO McDONALD, | |
| Defendant. | |

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the hearing currently set for July 25, 2005, is moved to August 1, 2005 at 10:00 a.m.

DATED: June 27, 2005

HONORABLE TERRY J. HATTER, JR.
United States District Judge

ENTER ON ICMS
JUN 28 2005

**CERTIFICATE OF SERVICE**

I, **TAMIKA M. HOLMES**, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by mail described in this Certificate was made; that on **June 23, 2005** I deposited through inter-office mail at the United States Courthouse at 312 North Spring Street, Los Angeles, California, in the above-entitled action, a copy of;
**[PROPOSED] order**

addressed to: **SEE ATTACHED**

At their last known address, at which there is a delivery service by inter-office mail.

This Certificate is executed on **June 23, 2005**, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

Tamika M. Holmes

```
 1                    CERTIFICATE OF SERVICE
                           ATTACHMENT
 2

 3  Jerry Sies, Esq.
    P.O. Box 811416
 4  Los Angeles, CA 90081-0007

 5  Paul E. Potter, Esq.
    3852 E. Colorado Blvd.
 6  Pasadena, CA 91107

 7  Gail Ivens, Esq.
    P.O. Box 9647
 8  Glendale, CA 91226

 9  Terry Amdur, Esq.
    1939 Rose Villa Street
10  Pasadena, CA 91107

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
```