# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CRIMINAL MINUTES - GENERAL

ORIGINAL

PSEND



| Case No. | CR 02-241(A)-TJH | Date | JULY 21, 2005 |
|---|---|---|---|

Present: The Honorable **TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE PRESIDING**

Interpreter: N/A

| YOLANDA SKIPPER | NOT REPORTED | ERIK SILBER |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. LAMONT DESHAWN SIMS | NOT | X | | 1. TERRY AMDUR | NOT | X | |
| 2. MARIO MCDONALD | NOT | X | | 2. PAUL POTTER | NOT | X | |

Proceedings:   **IN CHAMBERS - NOTICE TO ALL PARTIES**

Counsel are hereby notified that the above matter is set on the Court's calendar for Status Conference/Sentencing re Mandate of 9th CCA, on **August 1, 2005 at 10:00 a.m.**

Now, on the court's own motion the above hearing is hereby continued to the afternoon calendar **at 2:00 p.m. on August 1, 2005.**

IT IS SO ORDERED.

cc: USM
PSA
USPO

CR-11 (09/98) CRIMINAL MINUTES - GENERAL                         Initials of Deputy Clerk