UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

ORIGINAL

ENTERED
CLERK, U.S. DISTRICT COURT
AUG 29 2005
CENTRAL DISTRICT OF CALIFORNIA
BY       DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 02-241(A)-TJH |
| Plaintiff, | |
| v. | JUDGMENT and COMMITMENT ORDER (After Remand from U. S. Court of Appeals) |
| LAMONTE DESHAWN SIMS, | |
| Defendant. | |

On this 22nd day of August, 2005, upon remand of the matter from the U. S. Court of Appeals, came the attorney for government, Erik Silber, and the defendant, is present with counsel, Terry Amdur, for a hearing re the Mandate of the 9th CCA vacating and remanding sentence.

IT IS ORDERED and IT IS ADJUDGED that the court hereby RESENTENCED this defendant to a term of **thirty-six (36) months on Counts 1 and 2, concurrent and Eighty-Four (84) months on Count 3, to run consecutively to the sentence on Counts 1 and 2, for a total term of One hundred Twenty (120) months.**

In all other respects the Judgment and Commitment Order of October 23, 2003, shall remain the same.

The Court informs the defendant of his right to appeal. The court further orders this defendant be returned to the facility in Victorville forthwith.

(See attached copy)

Date Filed: 8/25/05

District Judge: _____
TERRY J. HATTER, JR.,

CLERK, U.S. DISTRICT COURT
By _____
   Skipper,
   Courtroom Deputy Clerk

cc: AUSA
 DFPD
 USM
 USPO

212

United States District Court
Central District of California

**ORIGINAL**

UNITED STATES OF AMERICA vs.  Docket No.  CR 02-241(A)-TJH

Defendant: **LAMONTE DESHAWN SIMS**  Social Security No. ___ 3857
akas: ___
Residence Address: Metropolitan Detention Center, Los Angeles, CA. 90012
Mailing Address: ___

OCT 2 3 2003

## JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person on this date.

MONTH  DAY  YEAR

**COUNSEL** [x] WITH COUNSEL  Terry Amdur
(Name of Counsel)

**PLEA** [x] GUILTY, and the court being satisfied that there is a factual basis for the plea.  [ ] NOLO CONTENDERE  [x] NOT GUILTY

**FINDING** There being a finding/verdict of [x] GUILTY, defendant has been convicted as charged of the offense(s) of: conspiracy, armed bank robbery and carrying and brandishing of firearm during a crime of violence in violation, respectively, 18 U.S.C. §§ 371, 2113(a) and (d) and 924(c) as charged in Counts One, Two and Three of the First Superseding Indictment.

IT IS ORDERED, on the government's motion, that the underlying Indictment, CR 02-241, is hereby dismissed.

**JUDGMENT AND PROB/ COMM ORDER** The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of:

Term of Custody: Fifty-One (51) months on Counts 1 and 2, concurrent, and Eighty-Four (84) months on Count 3, to run consecutively to the sentence on Counts 1 and 2, for a Total Term of One Hundred Thirty-Five (135) months.
Years of Supervised-Release: Three (3) years on each count, to run concurrently.
Special Assessment to the United States: $300

**SPECIAL CONDITIONS OF SUPERVISED-RELEASE:**

The defendant shall

1. pay the special assessment as directed by the probation officer, beginning 30 days after being released from imprisonment.

2. participate in an out/patient substance-abuse-treatment program, including testing, as directed by the probation officer

3. shall not use or possess any illicit drugs, drink alcoholic beverages or abuse prescription medications.

In addition to the special conditions of supervision imposed above, IT IS ORDERED that the Standard Conditions for Probation and Supervised-Release set out on the last page of this judgment are hereby imposed. . The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant for arrest and revoke supervision for a violation of any conditions during the supervision period.

CR-104 (10/02)
JUDGMENT & PROBATION/COMMITMENT ORDER
Page 1 of 3

2-02-CR-00241-00162-0001

U. S. A.   vs   LAMONTE DESHAWN SIMS                          CR 02-241(A)-TJH

IT IS FURTHER ORDERED, pursuant to General Order 01-05, that further conditions of probation/supervised-release are hereby imposed as set out on the last page of this judgment.

THE COURT RECOMMENDS that the place of service be at a facility in the Southern California area.

IT IS ORDERED that the Clerk shall deliver a certified copy of this Judgment to the United States Marshal or other qualified officer.

TERRY J. HATTER, JR.
United States District Judge

FILED: OCTOBER 22, 2003
SHERRI R. CARTER, CLERK

By _____
        Deputy Clerk

U. S. A.   vs   LAMONTE DESHAWN SIMS                                CR 02-241(A)-TJH

### STANDARD CONDITIONS OF PROBATION and SUPERVISED-RELEASE

While the defendant is on probation or supervised-release pursuant to this Judgment, the defendant

1. shall not commit another federal, state or local crime.
2. shall not leave the judicial district without the written permission of the court or probation officer.
3. shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month.
4. shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
5. shall support his or her dependents and meet other family responsibilities.
6. shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.
7. shall notify the probation officer within 72 hours of any change in residence or employment..
8. shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.
9. shall not frequent places where controlled substances are illegally sold, used, distributed or administered.
10. shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.
11. shall permit a probation officer to visit him/her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.
12. shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.
13. shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.
14. shall, as directed by the probation officer, notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.
15. shall not possess a firearm or other dangerous devices.
16. shall report, upon release from any period of custody, to the probation officer within 72 hours.

### *CONDITIONS IMPOSED PURSUANT TO GENERAL ORDER 01-05*

#### Statutory Provisions Pertaining to Payment and Collection of Financial Sanctions

The defendant shall pay interest on the fine/restitution of more than $2,500, unless the Court waives interest or unless the fine or restitution is paid in full before the 15th day after the date of the judgment. Payments may be subject to penalties for default and delinquency. Interest and penalties pertaining to restitution, however, are not applicable for offenses completed prior to April 24, 1996. 18 U.S.C. §§ 3612(f)(1) and 3612(g).

If all or any portion of the fine or restitution ordered remains unpaid after the termination of supervision, the defendant shall pay the balance as directed by the United States Attorney's Office.   18 U.S.C. § 3613.

The defendant shall notify the United States Attorney's Office within 30 days of any change in the defendant's mailing or resi-dence addresses until all fines, restitution, costs and the special assessment are paid in full.   18 U.S.C. § 3612(b)(1)(F).

The defendant shall notify the Court, through the Probation Office, and the United States Attorney's Office of any material change in his/her economic circumstances that might affect his/her ability to pay the fine and/or restitution. The Court may also accept such notification from the government or the victim, and may, on its own motion or that of a party or victim, adjust the manner of pay-ment of the fine or restitution.   18 U.S.C. §§ 3664(k), 3572(d)(3) and for probation § 3563(a)(7).

PRIORITY of payments shall be as follows:   
1. The Special Assessment pursuant to 18 U.S.C. § 3013
2. Restitution, in this sequence:
   Private victims (individual and corporate)
   Providers of compensation to private victims
   The United States as a victim
3. Fine
4. Community restitution, pursuant to 18 U.S.C. § 3663(c)
5. Other penalties and costs

---

CR-104 (10/02)                        JUDGMENT & PROBATION/COMMITMENT ORDER
                                                    Page 3 of 3

2-02-CR-00241-00162-0003

# NOTICE PARTY SERVICE LIST

Case No. CR-02-241  Case Title U.S.A. vs LAMONTE D. SIMS

Filed Date 10-22-03  Title of Document Judgment and Commitment/Supervised Release Order

| | | |
|---|---|---|
| | Atty Stilmnt Officer | |
| | BAP (Bankruptcy Appellate Panel) | |
| | Beck, Michael J (Clerk, MDL Panel) | |
| ✓ xx | BOP (Bureau of Prisons) | |
| | Calderon, Arthur - Warden, San Quentin | |
| | CAAG (California Attorney General's Office - Susan Frierson, L.A. Death Penalty Coordinator) | |
| | CA St Pub Defender (Calif. State PD) | |
| | Case Asgmt Admin (Case Assignment Administrator) | |
| | Catterson, Cathy (9th Circuit Court of Appeal) | |
| | Chief Deputy Adm | |
| | Chief Deputy Ops | |
| | Clerk of Court | |
| | Death Penalty H/C (Law Clerks) | |
| | Dep In Chg E Div | |
| | Dep In Chg So Div | |
| ✓ XX | Fiscal Section | |
| | Intake Supervisor | |
| | Interpreter Section | |
| | PIA Clerk - Los Angeles (PIALA) | |
| | PIA Clerk - Santa Ana (PIASA) | |
| | PIA Clerk - Riverside (PIAED) | |
| ✓ xx | PSA - Los Angeles (PSALA) | |
| | PSA - Santa Ana (PSASA) | |
| | PSA - Riverside (PSAED) | |
| | Schnack, Randall (CJA Supervising Attorney) | |
| | Statistics Clerk | |
| | Stratton, Maria - Federal Public Defender | |

| | |
|---|---|
| | US Attorneys Office - Civil Division -L.A. |
| | US Attorneys Office - Civil Division - S.A. |
| ✓ xx | US Attorneys Office - Criminal Division -L.A. |
| | US Attorneys Office - Criminal Division -S.A. |
| | US Bankruptcy Court |
| ✓ xx | US Marshal Service - Los Angeles |
| | US Marshal Service - Santa Ana |
| | US Marshal Service - Riverside |
| | US Probation Office |
| | US Trustee's Office |

**ADD NEW NOTICE PARTY** (* print name and address below):

* Print name & address of the notice party if this is the first time this notice party is being served through Optical Scanning. Print ONLY the name of the notice party if documents have previously been served on this notice party through Optical Scanning.

**JUDGE / MAGISTRATE JUDGE (list below):**

Initials of Deputy Clerk _____

G-75 (08/02)  NOTICE PARTY SERVICE LIST

2-02-CR-00241-00162-0004

# NOTICE PARTY SERVICE LIST

Case No. **CR02-241A-TJH**   Case Title **USA -v- Lamonte Deshaun Senis**

Title of Document **J+C Order after Remand**

| | |
|---|---|
| | Atty Sttlmnt Officer |
| | BAP (Bankruptcy Appellate Panel) |
| | Beck, Michael J (Clerk, MDL Panel) |
| ✗ | BOP (Bureau of Prisons) |
| | CA St Pub Defender (Calif. State PD) |
| | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) |
| | Case Asgmt Admin (Case Assignment Administrator) |
| | Catterson, Cathy (9th Circuit Court of Appeal) |
| | Chief Deputy Admin |
| | Chief Deputy Ops |
| | Clerk of Court |
| | Death Penalty H/C (Law Clerks) |
| | Dep In Chg E Div |
| | Dep In Chg So Div |
| ✗ | Fiscal Section |
| | Intake Section, Criminal LA |
| | Intake Section, Criminal SA |
| | Intake Supervisor, Civil |
| | Interpreter Section |
| | PIA Clerk - Los Angeles (PIALA) |
| | PIA Clerk - Riverside (PIAED) |
| | PIA Clerk - Santa Ana (PIASA) |
| ✗ | PSA - Los Angeles (PSALA) |
| | PSA - Riverside (PSAED) |
| | PSA - Santa Ana (PSASA) |
| | Schnack, Randall (CJA Supervising Attorney) |
| | Statistics Clerk |

| | |
|---|---|
| | Stratton, Maria - Federal Public Defender |
| | US Attorneys Office - Civil Division - L.A. |
| | US Attorneys Office - Civil Division - S.A. |
| ✗ | US Attorneys Office - Criminal Division - L.A. |
| | US Attorneys Office - Criminal Division - S.A. |
| | US Bankruptcy Court |
| ✗ | US Marshal Service - Los Angeles (USMLA) |
| | US Marshal Service - Riverside (USMED) |
| | US Marshal Service - Santa Ana (USMSA) |
| ✗ | US Probation Office (USPO) |
| | US Trustee's Office |
| | Warden, San Quentin State Prison, CA |

**ADD NEW NOTICE PARTY**
(if sending by fax, mailing address must also be provided)

Name:

Firm:

Address *(include suite or floor)*:

*E-mail:

*Fax No.:

* For CIVIL cases only

**JUDGE / MAGISTRATE JUDGE (list below):**

Initials of Deputy Clerk ___

G-75 (02/05)   NOTICE PARTY SERVICE LIST